# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN THE MATTER OF:

Melva Clayton Usury,

    Debtor.

Case No. 11-66597-pwb

Chapter 13

---

Melva Clayton Usury,

    Plaintiff,

vs.

DiTech Financial, LLC,

    Defendant.

Adv. Proc. No. 18-05349-pwb

---

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Melva Clayton Usury, through her undersigned counsel, hereby dismisses this action without prejudice pursuant to FED. R. BANKR. P. 7041.

Respectfully submitted this 15th day of February, 2019.

    Respectfully submitted,

    /s/
Matthew T. Berry, Georgia Bar No.: 055663
Attorney for Plaintiff/Debtor
BERRY & ASSOCIATES
2751 Buford Highway, NE, Suite 600
Atlanta, GA 30324
Tel. (404) 235-3334
Fax (404) 235-3333
Email: matt@mattberry.com

## CERTIFICATE OF SERVICE

  This is to certify under penalty of perjury that I am over the age of 18 and that on this day I served the following parties with a copy of the attached pleadings by placing true copies of same in the United States Mail with adequate postage affixed to insure delivery, addressed to:

DiTech Financial, LLC
c/o Keith Anderson
Bradley Arant Boult Cummings, LLP
One Federal Place
1819 Fifth Avenue North
Birmingham, Alabama 35203

Melvia Clayton Usury
240 Sunny Hollow
McDonough, Georgia 30252

Mary Ida Townson
Chapter 13 Trustee
191 Peachtree Street, NE, Suite 2200
Atlanta, Georgia 30303-1740

This 15th day of February, 2019.

            Respectfully submitted,

            _____/s/_____
            Matthew T. Berry, Georgia Bar No.: 055663
            Attorney for Plaintiff/Debtor
            BERRY & ASSOCIATES
            2751 Buford Highway, NE, Suite 600
            Atlanta, GA 30324
            Tel. (404) 235-3334
            Fax (404) 235-3333
            Email: matt@mattberry.com